■ In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Myron G. Finley, Admitted on July 18, 1983, at

a Term of the Appellate Division, First Department. [722 NYS2d 858] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 240 AD2d 106.]